1   Samuel Joshua Smith, SBN 242440
    Adam B. Steinbaugh, SBN 304829
2   **SJS Counsel APC**
    5757 Wilshire Boulevard
3   Penthouse 20
    Los Angeles, California 90036
4   Tel: 310-271-2800
    Fax: 310-271-2818
5   Email: samuel@sjscounsel.com
    Email: adam@sjscounsel.com
6
    Daniel L Reback, SBN 239884
7   Jeremy Daniel Smith,  SBN 242430
    Benjamin J Smith, SBN 266712
8   **Krane and Smith APC**
    16255 Ventura Boulevard Suite 600
9   Encino, CA 91436
    Tel: 818-382-4000
10  Fax: 818-382-4001
    Email: dreback@kranesmith.com
11  Email: jsmith@kranesmith.com
    Email: bsmith@kranesmith.com
12
    *Attorneys for Plaintiff and Counterclaim*
13  *Defendant* CHRISTOPHER GORDON

14
              UNITED STATES DISTRICT COURT
15            CENTRAL DISTRICT OF CALIFORNIA
                   WESTERN DIVISION
16

| | |
|---|---|
| CHRISTOPHER GORDON, an individual, | Case No. 2:15-cv-02581-CAS(Ex) |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER |
| vs. | |
| SPORTS AND CUSTOM TEES, INC., a Michigan Corporation dba TEE SHIRT PALACE; and DOES 1 to 20, inclusive, | Hon. Christina A. Snyder |
| Defendants. | |
| SPORTS AND CUSTOM TEES, INC., a Michigan Corporation, | |
| Counterclaimaint, | |
| CHRISTOPHER GORDON, an individual, | |
| Counterdefendant | |

17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER

1

2    Upon consideration of the Parties' Proposed Stipulation for Protective Order

3    dated November 11, 2015, and finding good cause thereon, **IT IS HEREBY**

4    **ORDERED THAT**:

5    The terms of the Stipulated Protective Order shall govern the handling

6    and disclosure of confidential, proprietary, or private information produced in this

7    action.

8

9    DATED: 11/12/15

10   Honorable ~~Christina A. Snyder~~ Charles F. Eick
     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER