JS-6

Samuel J. Smith (SB #242440)
Adam B. Steinbaugh (SB #304829)
SJS COUNSEL, APC
5757 Wilshire Boulevard
Penthouse 20
Los Angeles, CA 90036
Tel: 310-271-2800
Fax: 310-271-2818
Email: samuel@sjscounsel.com
Email: adam@sjscounsel.com

Benjamin J. Smith (SB #266712)
Daniel L. Reback (SB #239884)
Jeremy Daniel Smith (SB #242430)
KRANE & SMITH APC
16255 Ventura Boulevard Suite 600
Encino, CA 91436
Tel: 818-382-4000
Fax: 818-382-4001
Email: bsmith@kranesmith.com
Email: dreback@kranesmith.com
Email: jsmith@kranesmith.com

*Attorneys for Plaintiff and Counterclaim-Defendant*
CHRISTOPHER GORDON

Michael N. Cohen (SB# 225348)
  *mcohen@cohenip.com*
Joshua H. Eichenstein (SB #299392)
  *jeichenstein@cohenip.com*
COHEN IP LAW GROUP
9025 Wilshire Boulevard
Suite 301
Beverly Hills, California 90211
Phone: (310) 288-4500
Fax:    (310) 246-9980

*Attorneys for Defendant and Counterclaim Plaintiff*
SPORTS & CUSTOM TEES, INC.
dba TEE SHIRT PALACE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GORDON, an individual,<br><br>       Plaintiff,<br><br>                vs.<br>SPORTS & CUSTOM TEES, INC., a Michigan Corporation dba TEE SHIRT PALACE; and DOES 1 to 20, inclusive,<br>       Defendants. | Case No.   2:15-cv-02581-CAS(Ex)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| SPORTS & CUSTOM TEES, INC., a Michigan Corporation<br>       Counterclaim-Plaintiffs,<br><br>                vs.<br>CHRISTOPHER GORDON, an individual,<br>       Counterclaim-Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-action is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  By dismissal of these claims and counterclaims, this case should be closed.  The parties, through their attorneys, have settled this action pursuant to a settlement agreement.  Each party shall bear its own costs, expenses, and attorneys' fees.

Accordingly, all dates in this action are hereby **VACATED.**

**IT IS SO ORDERED.**

DATED:     January 6, 2016

_____
CHRISTINA A. SNYDER
United States District Judge